No








No. 04-00-00628-CV

 

Maria VASQUEZ,

Appellant

 

v.

 

Maria LOPEZ, et al.

Appellee

 

From the 218th Judicial District
Court, Wilson County, Texas

Trial Court No. 00-02-0056-CVW

Honorable Stella Saxon, Judge
Presiding

 

PER CURIAM

 

Sitting:  Tom Rickhoff, Justice

Alma L. López, Justice

Catherine Stone, Justice

 

Delivered and filed:       December
20, 2000

 

DISMISSED FOR WANT OF PROSECUTION

 

On October
31, 2000, this court ordered appellant to provide written proof to this court
within ten (10) days of the date of this order that either (1) the clerk=s fee has been paid or arrangements have been
made to pay the clerk=s fee;
or (2) appellant is entitled to appeal without paying the clerk=s fee. 
The order stated that if appellant failed to respond within the time
provided, this appeal would be dismissed for want of prosecution. See Tex. R. App. P. 37.3(b).       








The
appellant has not complied with the October 31 order; therefore, the appeal is
dismissed for want of prosecution.  See
Tex. R. App. P. 38.8(a)(1),
42.3(b).   Costs of appeal are taxed
against appellant.

PER
CURIAM

DO NOT
PUBLISH